CGM 1.12.26
SLT/PEB: USAO2025R00709

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC-BALTIMORE
'26 JAN 14 PM4:28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. SAG 26cr 14 |
| | * | |
| v. | * | (Malicious Destruction of Property by |
| | * | Fire, 18 U.S.C. § 844(i)) |
| JUSTIN MICHAEL REEVES | * | |
| | * | |
| Defendant. | * | |
| | * | |

******

# INDICTMENT

### COUNT ONE
(Malicious Destruction of Property by Fire)

The Grand Jury for the District of Maryland charges that:

On or about May 10, 2025, the defendant,

**JUSTIN MICHAEL REEVES,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, to wit: 3447 Keswick Road, Baltimore, Maryland.

18 U.S.C. § 844(i)

## COUNT TWO
### (Malicious Destruction of Property by Fire)

The Grand Jury for the District of Maryland charges that:

On or about May 14, 2025, the defendant,

### JUSTIN MICHAEL REEVES,

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, to wit: 3447 Keswick Road, Baltimore, Maryland.

18 U.S.C. § 844(i)

## COUNT THREE
### (Malicious Destruction of Property by Fire)

The Grand Jury for the District of Maryland charges that:

On or about May 25, 2025, the defendant,

**JUSTIN MICHAEL REEVES,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, to wit: 1231 W. 37th Street, Baltimore, Maryland.

18 U.S.C. § 844(i)

Kelly O. Hayes /SET
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date 1/14/26