**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. SAG-26-0014** |
| | : | |
| **JUSTIN REEVES** | : | |

**ORDER**

The Court, having considered the defendant's Motion to Seal, and good cause having been shown, it is this ______ day of August, 2026, HEREBY ORDERED, that the motion is GRANTED. The Clerk is directed to place the Defendant's Sentencing Letter and exhibits under seal.

________________________________
HONORABLE STEPHANIE A. GALLAGHER
United States District Court Judge