**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul E. Budlow*
*Assistant United States Attorney*
*Paul.Budlow@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4917*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

August 21, 2026

**BY ECF**

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re: *United States v. Justin Michael Reeves*, Crim. No. SAG-26-014

Dear Judge Gallagher:

The government writes this letter in advance of the sentencing of Defendant Justin Michael Reeves in the above-referenced matter, which is scheduled for sentencing on August 26, 2026, at 2:00 p.m. The defendant has agreed to plead guilty to Count One of the Indictment, charging him with Malicious Destruction of Property by Fire, in violation of 18 U.S.C. § 844(i).

As set forth below, the government requests that the Court sentence the defendant to a term of 63 months' imprisonment—the top of the applicable sentencing guidelines, and the same term of imprisonment agreed upon by the defendant in the parties' plea agreement pursuant to Rule 11(c)(1)(C)—along with a period of 5 years' supervised release.

## I. Background

As detailed in the parties' plea agreement, signed by the defendant and counsel on July 21, 2026, in May 2025, the defendant intentionally set three fires of residential rental properties in Baltimore City.

More specifically, the defendant will admit, under oath, that the following facts are true:

> Justin Michael Reeves ("Reeves"), age 28 at the time of the offenses, is a resident of Baltimore, Maryland. As detailed below, Reeves intentionally set three fires of residences in Baltimore City in May 2025. Each of the residences were rental properties that affected interstate commerce.

Count 1: May 10, 2025, at 3447 Keswick Road

3447 Keswick Road is an end unit residential townhouse and is less than 10 feet from the next building, which is a neighborhood church. 3447 Keswick Road was a rental property that affected interstate commerce.

On May 10, 2025, Reeves set a fire at 3447 Keswick Road in Baltimore, Maryland. At 12:57 a.m., Reeves, wearing a black "AIR JORDAN" hoodie with white writing and dark pants, approached the rear of 3447 Keswick Road and ignited a fire under the stairs. Reeves returned to the residence at various points between 1:13 a.m. and 1:47 a.m. and spread the burning materials across the structure and the garage door. At 1:47 a.m., Reeves moved an unburned trash can onto the fire, entered the rear yard of the adjacent property, and observed the fire as it continued to burn. Reeves conduct was captured on surveillance video from an adjacent property and location information from Reeves' cell phone shows that the phone was in the area behind 3447 Keswick Road during the time Reeves is observed on surveillance footage setting the fire and remaining in the area.

At 2:13 a.m., the Baltimore City Fire Department ("BCFD") responded to a reported fire at 3447 Keswick Road. Upon arrival, BCFD personnel saw an active fire on the exterior garage door of a vacant dwelling. The fire was extinguished, and no occupants were found inside the structure. Investigators determined the fire was incendiary, and that it was intentionally set.

The fire caused significant damage to the rear of the residence. No persons were inside the residence at the time of the fire.

Count 2: May 14, 2025, at 3447 Keswick Road

In the early morning hours of May 14, 2025, Reeves set another fire at the same residence at 3447 Keswick Road. At approximately 2:13 a.m., BCFD responded to a fire at 3447 Keswick Road. Upon arrival, BCFD located an active fire at the rear of the residence. The fire extended to 3449 Keswick Road before it was extinguished. Surveillance video from the rear of the residence captured Reeves walking back and forth before and after the fire. Location information from Reeves' cell phone shows that the phone was in the area behind 3447 Keswick Road during the time Reeves is observed on surveillance footage.

Investigators determined the fire was incendiary, and that it was intentionally set. The fire caused significant damage to the rear of the residence and the adjoining residences. No persons were inside the residence at the time of the fire.

On May 16, 2025, Reeves returned to the rear of 3447 Keswick Road and used his cell phone to take pictures of the residence and the fire damage.

Count 3: May 25, 2025, at 1231 W. 37th Street

1231 W. 37th Street is a middle unit residential townhouse in a block of approximately 19 connected townhouses. 1231 W. 37th Street was a rental property that affected interstate commerce and is approximately ½ mile from 3447 Keswick Road. Reeves previously lived at 1231 W. 37th Street with his family, until the family was forced to leave the house.

On May 25, 2025, Reeves set a fire at 1231 W. 37th Street in Baltimore, Maryland, an occupied residence. On May 25, 2025, at approximately 12:57 a.m., BCFD responded to a fire at 1231 W. 37th Street and upon arrival, found the remnants of a fire that had already been extinguished. The fire originated on the rear porch and rear screen door. At the time of the fire, one occupant was sleeping in a second-floor bedroom.

The fire caused damage to the front door of the residence. Investigators determined the fire was incendiary, and that it was intentionally set.

Reeves was captured on surveillance video from the rear of the residence approximately 12:29 a.m. Reeves was walking back and forth near the residence and was wearing the same clothes and carrying the same backpack from the previous Keswick Road fire on May 14, 2025. Reeves was observed again on surveillance video, having removed his sweatshirt, walking near the residence during the time of the fire.

At approximately 2:28 a.m., an anonymous 911 call reported an individual wearing a "lime green (neon green) sweatshirt and black backpack" walking near W. 36th Street and Falls Road. This intersection is approximately 0.2 miles away from the fire. The caller detailed that this is the same "male who supposedly set the fires at location is walking in the area." Baltimore Police Department ("BPD") officers responded to the area of 37th Street and Falls Road and located Reeves wearing the same clothes he was wearing when he was captured on surveillance video a couple hours earlier and on May 14, 2025, when he set the fire at 3447 Keswick Road.

Location information from Reeves' cell phone shows that the phone was in the area near 1231 W. 37th Street between 11:32 p.m. on May 24 and 12:14 a.m. on May 25, 2025, during the time the fire was set and Reeves was observed on surveillance footage.

Reeves Arrest on May 28, 2025

BPD officers arrested Reeves on May 28, 2025. At the time of his arrest, Reeves was wearing the same black "AIR JORDAN" hoodie that he was wearing when he set the fire on May 10, 2025.

Reeves' cell phone was seized at the time of his arrest, and revealed that used the internet to search the following topics between May 13, 2025, and May 24, 2025:

- the cause of the May 10, 2025, fire on Keswick Road;
- flammable household products;
- another fire that occurred in Baltimore on May 12, 2025;
- property-owner information for property on Keswick Road; and
- information relating to additional fires, including a fire that occurred at 3461 Keswick Road on December 6, 2024.

All of the events described above occurred in the District of Maryland.

## II. Guidelines Computation

Under the U.S. Sentencing Guidelines, the defendant's offense level as to Count One—Malicious Destruction of Property by Fire—is correctly calculated at a total offense level of 24, after taking into account stipulated conduct and acceptance of responsibility. Based on the Pre-Plea Criminal History Report, the defendant is a Criminal History Category I. Count One carries a mandatory minimum sentence of five (5) years' imprisonment. Thus, the applicable guideline imprisonment range is 60-63 months' imprisonment.

## III. Sentencing Factors Under 18 U.S.C. § 3553(a)

The sentencing factors under 18 U.S.C. § 3553(a) support a sentence of 63 months' imprisonment.

*First*, the serious nature and circumstances of the offense call for a sanction sufficient to reflect the defendant's conduct. 18 U.S.C. § 3553(a)(1). The defendant set fire to residential row homes in densely populated areas of Baltimore City – including the third fire that was set in the early morning hours with a resident sleeping in the home. Such fires are likely to spread quickly to adjacent and nearby buildings, creating an obvious risk of severe harm to residents and first responders. Similarly, the risk of financial and economic harm as a result of structure fires in dense urban settings is serious. Although the fires in this case fortuitously did not result in injuries or serious damage, the risk such impact was considerable. A significant sentence of incarceration is therefor warranted to reflect the nature and circumstances of the offense.

*Second*, the sentence imposed needs to reflect the seriousness of the offense, promote respect for the law and provide just punishment for the offense. 18 U.S.C. § 3553(a)(2)(A). The government's recommended sentence will vindicate the interests of the owners and tenants of the properties. The owner of 1231 West 37th Street, Baltimore, Maryland (where the defendant was a prior resident), was consulted during plea negotiations and agrees with the recommended sentence of 63 months' imprisonment.

*Third*, the government's recommended sentence is necessary to afford adequate deterrence to criminal conduct. 18 U.S.C. § 3553(a)(2)(B). This defendant and others like him who set fires to address a grievance or "get even" need to know that this type of conduct will be met with an appropriate sanction. A sentence of 63 months' imprisonment will accomplish this goal.

*Fourth*, the sentence needs to protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2)(C). Indeed, this is particularly so here given that the defendant set multiple fires in a short period of time.

*Fifth*, the types of sentences available for the offense of which the Defendant has been convicted also justify the sentence the government seeks. 18 U.S.C. §§ 3553(a)(3), (4)(A)(i). Count One carries a sentence with a mandatory minimum term of imprisonment of five years' imprisonment and a maximum term of 20 years' imprisonment.

*Finally*, Defendant's history and characteristics—and particularly his history in this case of setting fires to a residence to which he has a prior grievance—militate in favor of the government's recommended sentence. Thus, the defendant has displayed a troubling pattern of breaking federal laws relating to arson. A significant sentence is therefore necessary to ensure that the defendant does not simply return to the same criminal activity.

## IV. Special Conditions of Supervised Release

In addition to the mandatory and standard conditions of supervised release, the Court should impose the following special conditions of supervised release:

> You must not communicate, or otherwise interact, with the victims, either directly or through someone else, without first obtaining the permission of the probation officer.
>
> You must not go to, or remain at, any place that was the subject of the offense and agreed conduct, including 3447 Keswick Road, Baltimore, Maryland, and 1231 W. 37th Street, Baltimore, Maryland.
>
> You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
>
> You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

## V. The Government's Sentencing Recommendation

Considering all the factors set forth above, the government recommends that the Court sentence Defendant to a term of 63 months' imprisonment—to be followed by 5 years of supervised release. Such a sentence would be sufficient but not greater than necessary to accomplish the purposes of sentencing under the Section 3553(a) factors.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: ______________________
Paul E. Budlow
Assistant United States Attorney

Cc: Christopher Nieto, Attorney for Defendant